■ BERTHA ABERMAN et al. v. LEO POLLACK.— Motion for stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before August 25, 1960, with notice of argument for September 6, 1960, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.

■ MICHAEL P. GRACE, II, v. REAL PROPERTY OWNERS, INC.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 9, 1960, with notice of argument for the September 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.

■ DAVID M. BERENSON v. FIREMANS FUND INSURANCE Co. et al.— Motion to dismiss appeal denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.

■ ABRAHAM KAUFMAN et al. v. JOSEPH GORDON et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before September 6, 1960, with notice of argument for the October 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.

■ HELEN A. KASPER et al. v. ALEXANDER'S CORP.— Motion to dismiss appeal denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.

■ In the Matter of the Arbitration between ERIK LARKA and JOHN A. MATSON.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before September 6, 1960, with notice of argument for the October 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.

■ In the Matter of CRESCENZO LISI against POLICE COMMISSIONER OF THE POLICE DEPARTMENT OF THE CITY OF NEW YORK.— Motion to dispense with printing denied, without prejudice to a renewal thereof upon a proper showing of the jurisdiction of this court and upon a proper affidavit of merit. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.

■ In the Matter of FRANK O. MONICO against STEPHEN P. KENNEDY, as Police Commissioner of the Police Department of the City of New York.— Motion to dispense with printing granted insofar as to permit the proceeding to be heard on the original record, without printing the same, and upon typewritten or mimeographed petitioner's points, upon condition that the petitioner serves one copy of the typewritten or mimeographed petitioner's points upon the Corporation Counsel of the City of New York and files 6 typewritten or 19 mimeographed copies of petitioner's points, together with the original record, with this court on or before October 4, 1960, with notice of argument for the November 1960 Term of this court, said proceeding to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.

■ PHILIP GERSH v. KASPAR & ESH, INC., et al.— Motion for an extension of time granted, in the absence of opposition, to the extent of extending the defendants-appellants' time to answer the complaint herein until 10 days after service on the attorneys for defendants-appellants of a copy of the order of this court determining the appeal, with notice of entry thereof. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.

■ STANLEY ROSSWIG v. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.